UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUDITH CARLOZZI,

        Plaintiff,

  - against -

TARGET CORPORATION,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 15-296 (AYS)

      A Memorandum and Order of Honorable Anne Y. Shields, United States Magistrate Judge, having been filed on April 29, 2016, granting defendant's motion for summary judgment, and directing the Clerk of Court to close the file in this matte, it is

      **ORDERED AND ADJUDGED** that plaintiff Judith Carlozzi take nothing of defendant Target Corporation; that defendant Target Corporation's motion for summary judgment is granted; and that this file is hereby closed.

Dated: Central Islip, New York
       May 4, 2016

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                  By:    /s/ James J. Toritto
                          Deputy Clerk